**Electronically Filed
Supreme Court
SCWC-10-0000109
19-FEB-2014
02:19 PM**

SCWC-10-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOSEPH D. VILLIARIMO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000109; FC-CR. NO. 08-1-0035(4))

ORDER OF CORRECTION
(By: Acoba, J.)

IT IS HEREBY ORDERED that the opinion filed on February 12, 2014 is corrected as follows:

The attorney credits on page 36 are changed to include "Henry Ting" as attorney for petitioner, so that the credit should now read,

"Taryn R. Tomasa
and Henry Ting,
for petitioner"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi,  February 19, 2014.

/s/ Simeon R. Acoba, Jr.

Associate Justice

